AO 467 (Rev. 1/09) Order of Holding Defendant (NH-1/09)

**U.S. DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV 09 2023

United States of America

Case No. 23-mj-207-01-TSM FILED

v.

Shawn Daniel Mahoney

Charging District: Columbia
Case Number: 23-mj-299

### ORDER OF HOLDING DEFENDANT TO ANSWER
### AND TO APPEAR IN DISTRICT OF PROSECUTION
### OR DISTRICT HAVING PROBATION JURISDICTION

The defendant having appeared before this Court pursuant to Rule 5, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

The defendant shall be held to answer in the United States District Court for the District of Columbia and shall appear at all proceedings as required.  The defendant shall next appear:

Where: Via Video Conference

When: 11/16/2023 at 12:30 PM EST

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of court where the charges are pending.

SO ORDERED.

_____
Talesha L. Saint-Marc
United States Magistrate Judge

11/9/2023

cc:   U.S. Attorney
      U.S. Marshal
      U.S. Probation
      Name of Deft=s Atty